**Order entered August 11, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-20-00185-CR**
**No. 05-20-00186-CR**

**DANIEL ARTURO CONTRERAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F16-75561-H & F18-76586-H**

**ORDER**

Before the Court is appellant's August 10, 2020 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by August 31, 2020.

/s/    BILL PEDERSEN, III
       JUSTICE